CUYAHOGA HEIGHTS LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, APPELLEE, ET AL. *v.* CUYAHOGA COUNTY BOARD OF REVISION ET AL., APPELLEES; FOGG BROOKLYN HEIGHTS, L.L.C., APPELLANT.

[Cite as *Cuyahoga Hts. Local School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision,* 111 Ohio St.3d 1216, 2006-Ohio-5609.]

(No. 2006–1113—Submitted August 9, 2006—Decided November 1, 2006.)

{¶ 1} The appeal is dismissed, sua sponte, on the authority of *Olympic Steel, Inc. v. Cuyahoga Cty. Bd. of Revision,* 110 Ohio St.3d 1242, 2006-Ohio-4091, 852 N.E.2d 178.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents for the reason stated in his dissent in *Olympic Steel, Inc. v. Cuyahoga Cty. Bd. of Revision,* 110 Ohio St.3d 1242, 2006-Ohio-4091, 852 N.E.2d 178, ¶ 5.

Wayne E. Petkovic, for appellant.

Britton, Smith, Peters & Kalail Co., L.P.A., and Karrie M. Kalail, for appellee Cuyahoga Heights Local School District Board of Education.